```
                    IN THE UNITED STATES BANKRUPTCY COURT
                        SOUTHERN DISTRICT OF ILLINOIS

IN RE:   VICKI MARIE ROHDE AKA VICTORIA R. ROHDE,    ) Chapter 13
                                                     )
                                          Debtor.    )
                                                     )
                                        - Creditor   ) No. 09-32794
U.S. Bank, N.A., its Successors and/or               )
Assigns                                              )
                                                     )
                    v.                               )
                                                     )
VICKI MARIE ROHDE AKA VICTORIA R. ROHDE - Debtor     )
                                                     )
```

**AGREED ORDER**

THIS CAUSE COMING before the Court on the Objection to Claim, filed by the debtor, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled hereto;

IT IS HEREBY ORDERED:

1. The Objection to Claim is resolved.

2. Within 14 days of the entry of this order, creditor shall file a Notice of Withdrawal of Claim.

3. Debtor agrees to pay outside the plan, prior to December 31, 2010, the pre-petition amount due of $509.57. This amount includes $14.52 as a shortage amount for the October 2009 payment, $185.05 in late charges, $60.00 in property inspections and $250.00 for attorney's fees.

   Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: April 13, 2010

                              /s/ Laura K. Grandy
                              _____
                              UNITED STATES BANKRUPTCY JUDGE-2

Agreed:         /s/Rachel Hill
                Debtor's Counsel
                Rachel Hill


                /s/ Cheryl Considine
                Counsel for U.S. Bank, N.A.
                Cheryl Considine

                /s/ Russell C. Simon
                Chapter 13 Trustee
                Russell C. Simon